AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC <br><br> *Plaintiff(s)* <br> v. <br> TRUSTMARK NATIONAL BANK; BENNIE BUTTS; JUD WATKINS; SOUTHERN BANCORP BANK; and RIVERHILLS BANK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-941-CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Southern Bancorp Bank
Registered Agent
Joseph J. Ricotta
1888 Main Street
Madison, MS 39110

or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lilli Evans Bass, Esquire
Brown Bass & Jeter, PLLC
P.O. Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: **JAN 17 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-941-CWR-FKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Southern Bancorp Bank; Joseph Ricotta
was received by me on *(date)* 1/21/20 .

☑ I personally served the summons on the individual at *(place)* 1888 Main St. Madison 39110
   on *(date)* 1/21/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joseph Ricotta , who is
   designated by law to accept service of process on behalf of *(name of organization)* Southern Bancorp Bank
   on *(date)* 1/21/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/2/20

Server's signature

David Langley, Process Server
Printed name and title

Server's address

Additional information regarding attempted service, etc: