IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALYSSON MILLS, IN HER CAPACITY
AS RECEIVER FOR ARTHUR LAMAR
ADAMS AND MADISON TIMBER
PROPERTIES, LLC                                                                                  PLAINTIFF

VS.                                                          Civil Action No. 3:19-v-00941-CWR-FKB

TRUSTMARK NATIONAL BANK; BENNIE
BUTTS; JUD WATKINS; SOUTHERN
BANCORP BANK and RIVERHILLS BANK                                     DEFENDANTS

**Trustmark National Bank's Corporate Disclosure Statement**

Trustmark National Bank ("Trustmark") files its corporate disclosure as required pursuant to Federal Rule of Civil Procedure 7.1(a), and states as follows:

Trustmark National Bank is a wholly-owned subsidiary of Trustmark Corporation. Trustmark Corporation is a publicly-held corporation and BlackRock, Inc. is the only shareholder that currently owns 10% or more of Trustmark Corporation's stock.

Respectfully submitted, this the 15th day of April, 2020.

                                          TRUSTMARK NATIONAL BANK

                                          By: /s/William F. Ray
                                                William F. Ray

OF COUNSEL:

William F. Ray (MSB No. 4654)
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi  39205
Telephone:    (601) 965-1900
Facsimile:    (601) 965-1901
Email: wray@watkinseager.com

CERTIFICATE OF SERVICE

       I hereby certify that on April 15, 2020 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Lilli Evans Bass  
    Brown Bass & Jeter, PLLC  
    1755 Lelia Drive, Suite 400  
    Jackson, Mississippi 39216

    Brent B. Barriere (pro hac vice pending)  
    Kristen D. Amond (pro hac vice pending)  
    Rebekka C. Veith (pro hac vice pending)  
    Fishman Haygood, LLP  
    201 St. Charles Avenue, Suite 4600  
    New Orleans, Louisiana 70170

    R. David Kaufman  
    Cody C. Bailey  
    Brunini, Grantham, Grower & Hewes, PLLC  
    Post Office Drawer 119  
    Jackson, Mississippi 39205

    Walter D. Willson  
    Kelly D. Simpkins  
    Wells Marble & Hurst, PLLC  
    Post Office Box 131  
    Jackson, Mississippi 39205-0131

    M. Scott Jones  
    Adam V. Griffin  
    Adams & Reese, LLP  
    1018 Highland Colony Parkway, Suite 800  
    Ridgeland, Mississippi 39157

This the 15th day of April, 2020.

                                          /s/William F. Ray  
                                          William F. Ray