UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTMARK NATIONAL BANK; BENNIE BUTTS; JUD WATKINS; SOUTHERN BANCORP BANK; and RIVERHILLS BANK,<br><br>Defendants. | Case No. 3:19-cv-00941<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |

**MOTION TO WITHDRAW COUNSEL**

Alysson Mills, in her capacity as the court-appointed receiver for Arthur Lamar Adams and Madison Timber Properties, LLC (the "Receiver"), respectfully files this motion to withdraw counsel, stating as follows:

1. Effective September 8, 2020, Kristen Amond will have formed a new law firm, Mills & Amond. Kristen Amond's new contact information, as reflected in the signature block below, shall be updated accordingly. Along with Kristen Amond, Lilli Bass of Brown Bass & Jeter and Brent Barriere of Fishman Haygood shall continue to serve as counsel to the Receiver.

2. Currently other Fishman Haygood lawyers are listed as counsel of record for this case. To minimize the number of lawyers involved in this case going forward, and the necessity that they receive notice, the Receiver asks that any remaining Fishman Haygood lawyers, excepting Brent Barriere, be withdrawn as counsel of record.

3. For reference, going forward, contact information for the Receiver and counsel of record is as follows:

1553171v.1

Alysson Mills
Mills & Amond LLP
650 Poydras Street, Suite 1525
New Orleans, Louisiana 70130
Tel: 504-586-5253
amills@millsamond.com

Lilli Evans Bass
Brown Bass & Jeter PLLC
1755 Lelia Drive, Suite 400
Jackson, Mississippi 39216
Tel: 601-487-8448
bass@bbjlawyers.com

Brent B. Barriere
Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Tel: 504-586-5253
bbarriere@fishmanhaygood.com

Kristen D. Amond
Mills & Amond LLP
650 Poydras Street, Suite 1525
New Orleans, Louisiana 70130
Tel: 504-556-5523
kamond@millsamond.com

Respectfully submitted,

| | |
|---|---|
| */s/ Lilli Evans Bass* | */s/ Brent B. Barriere* |
| BROWN BASS & JETER PLLC | FISHMAN HAYGOOD LLP |
| Lilli Evans Bass, Miss. Bar No. 102896 | *Admitted pro hac vice* |
| 1755 Lelia Drive, Suite 400 | Brent B. Barriere |
| Jackson, Mississippi 39216 | 201 St. Charles Avenue, Suite 4600 |
| Tel: 601-487-8448 | New Orleans, Louisiana 70170 |
| bass@bbjlawyers.com | Tel: 504-586-5253 |
| | bbarriere@fishmanhaygood.com |

*/s/ Kristen D. Amond*

MILLS & AMOND LLP
*Admitted pro hac vice*
Kristen D. Amond
650 Poydras Street, Suite 1525
New Orleans, Louisiana 70130
Tel: 504-556-5523
kamond@millsamond.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   September 8, 2020                    */s/ Kristen D. Amond*

1553171v.1