UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE UPS STORE, INC.; HERRING VENTURES, LLC d/b/a/ THE UPS STORE; AUSTIN ELSEN; TAMMIE ELSEN; COURTNEY HERRING; DIANE LOFTON; CHANDLER WESTOVER; RAWLINGS & MACINNIS, PA; TAMMY VINSON; and JEANNIE CHISHOLM,<br><br>　　　　Defendants. | Case No. 3:19-cv-364-CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT,<br><br>　　　　Defendants.<br><br>[*Caption Continued on Next Page*] | Case No. 3:18-cv-866-CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |

1

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANKPLUS; BANKPLUS WEALTH MANAGEMENT, LLC; GEE GEE PATRIDGE, VICE PRESIDENT AND CHIEF OPERATING OFFICER OF BANKPLUS; STEWART PATRIDGE; JASON COWGILL; MARTIN MURPHREE; MUTUAL OF OMAHA INSURANCE COMPANY; and MUTUAL OF OMAHA INVESTOR SERVICES, INC.,<br><br>      Defendants. | Case No. 3:19-cv-196-CWR-LGI<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>TRUSTMARK NATIONAL BANK; BENNIE BUTTS; JUD WATKINS; SOUTHERN BANCORP BANK and RIVERHILLS BANK<br><br>      Defendants. | Case No. 3:19-cv-941-CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |

**DECLARATION OF MARK R. MCDONALD IN SUPPORT OF
THE UPS STORE, INC.'S REPLY IN SUPPORT OF ITS MOTIONS
(1) TO CONSOLIDATE ACTIONS, AND (2) TO STAY OR
TO MODIFY CASE SCHEDULE**

I, Mark R. McDonald, under penalty of perjury, declare as follows:

1. I am a partner at the law firm Morrison & Foerster LLP, attorneys of record for *Mills v. The UPS Store, et al.* defendant The UPS Store, Inc. ("TUPSS, Inc."). I have personal knowledge of the statements below and, if called to testify, I could and would competently testify to them.

2. In August 2021, Plaintiff Alysson Mills produced more than 350,000 pages of never-before-produced material and served supplemental Rule 26 disclosures amending the sorely deficient initial disclosures she had made in November 2019. It will take the parties months to review all of this material.

3. One of the documents Plaintiff only just produced this month is a letter she wrote in May 2019 that reveals the existence of a second computer used by Ponzi Scheme architect Arthur Lamar Adams: a laptop. TUPSS, Inc. and its co-Defendants were unaware that such a laptop existed until Plaintiff's production this month. Plaintiff says she is in the process of making an image of the laptop available to all defendants in *Mills v. The UPS Store, et al.* The image is not yet available, but once it is, the parties will need time to review it with the aid of experts.

4. Now that Plaintiff Mills has produced documents showing the names of Adams' investors, it is clear that many of those investors (who were investing hundreds of thousands of dollars at a time) are located throughout the United States.

5. Several of the notaries public employed by Herring Ventures, LLC live outside Mississippi, and will have to be deposed where they reside.

6. Mississippi has reported more COVID-19 cases and deaths in the state this month than at any other time since the pandemic began.

7. Attached as Exhibit A is a true and correct copy of excerpts of the Proposed Mississippi Plain Language Model Jury Instructions – Civil.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2021.

                                                        */s/ Mark R. McDonald*
                                                        Mark R. McDonald

## CERTIFICATE OF SERVICE

I, Mark R. McDonald, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

THIS, the 14th day of September, 2021.

                                               */s/ Mark R. McDonald*
                                               MARK R. MCDONALD

sf-4558256