**Other Orders/Judgments**

3:18-cv-00866-CWR-FKB Mills v.
Butler Snow LLP et al

STAY,FKB,NO_CMC

# U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 11/16/2021 at 11:57 AM CST and filed on 11/16/2021

**Case Name:**           Mills v. Butler Snow LLP et al
**Case Number:**      3:18-cv-00866-CWR-FKB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER. This consolidated matter came before the Court on 11/15/2021 for a telephonic conference. Having considered the issues raised and addressed during the conference, the Court hereby orders as follows: (1) By 11/16/2021, Receiver's counsel shall forward to defense liaison counsel suggested language for paragraph no. 7 of the liaison counsel order proposed by defense counsel; (2) The omnibus hearing scheduled for 11/18/2021 is rescheduled for 12/7/2021 at 1:30 PM in Courtroom 5D (Jackson); counsel may appear in-person or remotely by videoconference; (3) By 11/23/2021, defense liaison counsel shall send to Receiver's counsel a response or counter-proposal for a case management order, discovery plan, protective order, and liaison counsel order; (4) By 11/30/2021, the parties shall meet and confer and attempt to agree to the terms of a proposed case management order, discovery plan, protective order, and liaison counsel order; and (5) By 12/3/2021, counsel shall submit to the undersigned a proposed case management order, discovery plan, protective order, and liaison counsel order and identify all terms on which the parties could not agree, as well as the parties in disagreement on such terms. By 12/3/2021, counsel for any party may submit to the undersigned a separate memorandum setting forth that party's position on any terms at issue. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge F. Keith Ball on 11/16/2021. (dcw)**

**3:18-cv-00866-CWR-FKB Notice has been electronically mailed to:**

Alysson Leigh Mills     amills@millsamond.com, rhamilton@fishmanhaygood.com

Benjamin W. Graham - PHV     bgraham@wc.com, dcackowoski@wc.com

Bradford J. Blackmon     bjblackmon@blackmonlawfirm.com, sandra@blackmonlawfirm.com, shanise@blackmonlawfirm.com, viola@blackmonlawfirm.com

Brent B. Barriere - PHV     bbarriere@fishmanhaygood.com, dbush@fishmanhaygood.com,

mthomas@fishmanhaygood.com

Cody C. Bailey     cbailey@brunini.com, mgray@brunini.com, scole@brunini.com

Craig D. Singer - PHV     csinger@wc.com

Edward Blackmon , Jr     edblackmon@blackmonlawfirm.com,
bblackmon@blackmonlawfirm.com, bjblackmon@blackmonlawfirm.com,
mwilliams@blackmonlawfirm.com, sandra@blackmonlawfirm.com,
shanise@blackmonlawfirm.com, viola@blackmonlawfirm.com

Hope Elizabeth Daily - PHV     hdaily@wc.com

James J. Crongeyer , Jr     jcrongeyer@watkinseager.com, mpreslar@watkinseager.com,
mtyrone@watkinseager.com

Jeanette A. Donnelly - PHV     jdonnelly@fishmanhaygood.com

Kristen D. Amond - PHV     kamond@millsamond.com, rhamilton@fishmanhaygood.com

Lilli Evans Bass     bass@bbjlawyers.com, assistant@bbjlawyers.com, levansbass@gmail.com,
paralegal@bbjlawyers.com

Mark R. McDonald - PHV     mmcdonald@mofo.com, Docket-LA@mofo.com, mark-mcdonald-
0458@ecf.pacerpro.com, mmendoza@mofo.com

R. David Kaufman     dkaufman@brunini.com, rharrell@brunini.com

Simon T. Bailey     sbailey@bradley.com, bteel@bradley.com, jaltobelli@bradley.com,
mrandall@bradley.com, simon-bailey-0945@ecf.pacerpro.com

**3:18-cv-00866-CWR-FKB Notice has been delivered by other means to:**